UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENIA ALMONTE,

                        Plaintiff,

-against-

TARGET CORPORATION D/B/A TARGET
STORE NO.: T-1798,

                        Defendant.

Docket No.:

**NOTICE OF REMOVAL**

---

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

Defendant, Target Corporation ("Target") incorrectly sued here as Target Corporation d/b/a Target Store No.: T-1798, for the removal of this action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York, respectfully shows this Honorable Court:

**FIRST:** Target is the defendant in a civil action brought against it in the Supreme Court of the State of New York, County of Bronx, entitled:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

KENIA ALMONTE,

                        Plaintiff,

-against-

TARGET CORPORATION D/B/A TARGET
STORE NO.: T-1798,

                        Defendant.

Index No.: 802576/2022E

**SECOND:** A copy of the Summons and Verified Complaint in this action is annexed hereto as Exhibit "A." A copy of Target's Verified Answer is annexed hereto as Exhibit "B." These exhibits constitute all pleadings and orders served upon any party in this action.

**THIRD:** Plaintiff served Target with her Verified Bill of Particulars dated August 16, 2022. A copy of Plaintiff's Verified Bill of Particulars is attached hereto at Exhibit "C."

**FOURTH:** In her Verified Bill of Particulars, Plaintiff alleges that she sustained the following injuries as a result of the subject incident: neck injury with radiating pain, headaches, dizziness, facial pain, back pain, blurred vision, loss of focus in her right eye, a possible avulsion fracture of right shoulder, and with said conditions possibly requiring the need for future surgery (Exhibit C at ¶9). Plaintiff claims that as a result of the alleged incident, she was totally disabled for a period of 15 weeks following the incident and has been partially disabled thereafter until the present date (Exhibit C at ¶14). In addition, Plaintiff has claimed $5,000.00 in special damages for the cost of medical treatments, with said amount allegedly continuing to accrue (Exhibit C at ¶15). Accordingly, based on the Plaintiff's claims as to injuries and damages, the amount in controversy in this matter exceeds $75,000.00 exclusive of interests and costs.

**FIFTH:** This action is one over which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one which may be removed to this Court by Defendant, Target, pursuant to the provisions of Title 28 United States Code, Section 1441, in that, it is a civil action brought in a Supreme Court against a foreign corporation whose principal place of business is outside of the State of New York, by a citizen of the State of New York, with the amount in controversy exceeding the sum or value of $75,000.00, exclusive of interest and costs.

WHEREFORE, the defendant, Target, prays that the above action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed from there to this Court.

Dated: New York, New York
      September 7, 2022

                              CONNELL FOLEY LLP

By: _____
     MICHAEL J. CROWLEY
     *Attorneys for Defendant*
     **TARGET CORPORATION i/s/h/a TARGET CORPORATION d/b/a TARGET STORE NO. T- 1798**
     875 3rd Avenue, 21st Floor
     New York, New York 10022
     (212) 307-3700

TO:    Jamie B. Levy, Esq.
        **THE LEVY LAW FIRM, P.C.**
        *Attorneys for Plaintiff*
        **KENIA ALMONTE**
        233 Broadway, Suite 2200
        New York, New York 10279
        (212) 227-1222